**No. 45002.**—Protest 874877–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of squawker balloons in part of bamboo similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 45003.**—Protest 24596–K of M. Zwiebel (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of squawker balloons in part of bamboo similar to those the subject of Abstract 40493.   The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 45004.**—Protests 687294–G, etc., of Langfelder, Homma & Hayward, Inc. (Seattle).

Opinion by OLIVER. P. J.   It was stipulated that the merchandise consists of balls similar to those the subject of United States v. Woolworth (24 C. C. P. A. 338, T. D. 48770).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 45005.**—Protest 710544–G of S. S. Kresge Co.   (New York).

Opinion by OLIVER. P. J.   It was stipulated that the merchandise consists of beach balls similar to those the subject of United States v. Woolworth (24 C. C. P. A. 338, T. D. 48770).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 45006.**—Protest 802241–G of Greenberg & Josefsberg (New York).

Opinion by OLIVER. P. J.   It was stipulated that the merchandise consists of tambourines or so-called noisemakers in chief value of paper similar to those the subject of Dessart v. United States (T. D. 45169) and Abstract 36935.   The claim at 35 percent under paragraph 1413 was therefore sustained.

**No. 45007.**—Protest 903364–G/11053 of United China & Glass Co. (New Orleans).

Opinion by WALKER, J.   It was stipulated that the merchandise consists of hat brushes similar to those the subject of United States v. Heinrich Herrmann & Weiss (26 C. C. P. A. 292, C. A. D. 30).   The claim at 50 percent under paragraph 1506 was therefore sustained.